# EXHIBIT B

## TO BE COMPLETED FOR EVERY SALE BY COURT APPOINTED REFEREE
## AND FILED WITH COUNTY CLERK AND CHAMBERS WITHIN 30 DAYS OF SALE

### FORECLOSURE ACTION SURPLUS MONIES FORM

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF OSWEGO

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,   Index No.: EFC-2022-0459

                                                        Plaintiff(s),

-against-           HON. SCOTT DELCONTE, J.S.C

RICHARD CHAMPION AND ASHLEY DERBY, ET AL.

                                                        Defendant(s).

Property Address: 3119 County Route 4, Fulton, NY 13069
Sale Date: January 5, 2024

    A. Were there surplus funds?      ☐ Yes   ☒ No

    B. To be completed by the Referee
       Amount of final judgment of foreclosure        $147,184.81
       Sale price of property        $ 1,000.00
       Upset price        $ 1,000.00
       Surplus amount        $0.00

    C. To be completed by Referee conducting the sale
       Name: AMANDA M. THOMSON, Esq.        Telephone: (315) 342-2200
       Address: Thomson Law Office PLLC
       55 WEST 2ND STREET, OSWEGO, NY 13126
       E-mail Address: Amanda@thomsonlawny.com

    Date: 3/11/24        Signature: [signed] Amanda Thomson

D. To be completed by Plaintiff's Representative:    E. To be completed by Purchaser

NAME (please print):                             NAME (please print): Plaintiff

HILL WALLACK LLP

ADDRESS:                                              ADDRESS:
261 Madison Avenue
9th Floor, Suite 940
New York, NY 10016

E-MAIL ADDRESS:                           E-MAIL ADDRESS:
nynotices@hillwallack.com

TELEPHONE: (929) 469-7700                 TELEPHONE:

SIGNATURE: [signed]
DATE: 3/15/24                                   SIGNATURE:
                                                       DATE: