**EXHIBIT C**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF OSWEGO

| | |
|---|---|
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>RICHARD CHAMPION; ASHLEY DERBY; PEOPLE OF THE STATE OF NEW YORK; NEW YORK STATE COMMISSIONER OF TAXATION AND FINANCE; OSWEGO COUNTY FEDERAL CREDIT UNION<br><br>　　　　　　　　　　　　Defendants. | INDEX NO.: EFC-2022-0459<br><br>NOTICE OF MOTION FOR DEFICIENCY JUDGMENT |

　　　　PLEASE TAKE NOTICE that upon the Report of Sale of **AMANDA M. THOMSON, ESQ** Referee, dated July 27, 2023, and filed herein on March 12, 2024, together with the papers annexed thereto, the annexed affirmation of MICHAEL C. MANNIELLO, dated March 12, 2024, and on all the pleadings and proceedings heretofore had herein, plaintiff will move this Court at an IAS Part thereof before Hon. SCOTT DELCONTE, J.S.C. at the Supreme Court, Oswego County, located at 25 East Oneida Street, Oswego, New York 13126 on April 19, 2024 at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel can be heard for an order (1) confirming the said Referee's Report of Sale and making absolute and binding forever the sale therein mentioned, and (1) granting and directing the Clerk of this Court to enter a deficiency judgment herein in favor of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING and against defendants, RICHARD CHAMPION and ASHLEY DERBY, together with such other and further relief as may seem just and proper to the Court.

{11975154; 1}
4861-5461-0861, v. 1